GERTRUDE A. CALDWELL, Individually and as Receiver, Appellant, *v.* RICHARD T. CALDWELL et al., Respondents.

Submitted January 6, 1941; decided January 16, 1941.

*Joseph A. Nickerson* for motion to dismiss appeal and in opposition to motion for enlargement of time.

*Albert L. Krull* for motion to enlarge time and in opposition to motion to dismiss appeal.

Motion to dismiss appeal denied.

Motion for enlargement of time for service of appellant's points granted and time extended ten days from entry of order hereon.